UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD H. BHIMJI,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>D. BOWMAN, et al.,<br><br>　　　　　　Defendant. | Case No. 2:19-cv-04502-GW-JC<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Civil Rights Complaint, all documents submitted by plaintiff and the remaining defendants D. Bowman, L. Gomez and E. Hansen ("remaining defendants") in connection with the remaining defendants' Motion for Summary Judgment ("Motion"), the January 31, 2023 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), and all of the other records herein.  The Court agrees with, approves, accepts and adopts the Report and Recommendation.

　　　IT IS HEREBY ORDERED THAT:  (1) the Motion is granted and summary judgment is granted in favor of the remaining defendants and against plaintiff; and (2) the Clerk shall enter Judgment accordingly.

1   IT IS FURTHER ORDERED that the Clerk serve copies of this Order and
2   the Judgment herein on plaintiff and counsel for the remaining defendants.
3   IT IS SO ORDERED

5   DATED: March 8, 2023

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE