JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD H. BHIMJI, | Case No. 2:19-cv-04502-GW-JC |
| Plaintiff, | JUDGMENT |
| v. | |
| D. BOWMAN, et al., | |
| Defendant. | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that summary judgment is granted in favor of the remaining defendants D. Bowman, L. Gomez, and E. Hansen, and against plaintiff.

IT IS SO ADJUDGED.

DATED: March 8, 2023

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE